**Frank DOUGLAS, Plaintiff–Appellant,**

v.

**Henry GIBSON, Doctor; Delores Charlton, Jail Administrator of Barnwell County Jail; Jennifer Batchler, Correctional Officer; Picken Williams, County Commissioner; Sergeant Johnson; Sergeant Fulmer, Defendants–Appellees.**

No. 02–6572.

United States Court of Appeals,
Fourth Circuit.

Submitted July 18, 2002.

Decided July 24, 2002.

Frank Douglas, Appellant Pro Se. David A. Brown, Aiken, South Carolina; Andrew Frederick Lindemann, Davidson, Morrison & Lindemann, P.A., Columbia, South Carolina; Elmer Pete Kulmala, Harvey &

Kulmala, Barnwell, South Carolina, for Appellees.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Frank Douglas appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Douglas v. Gibson*, No. CA–01–385–3–25BC (D.S.C. Apr. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*